# DIVIDENDS REMITTED TO THE COURT

Case Number 08-16435 1+ - MOSLEY, GREGORY D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000016 | 30.03 | 1.87 ck134 |
| ---------- Remittance Total --------------- | | 30.03 | 1.87 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

*FILED 2010 MAR -1 PM 3:35 — U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*